UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**THERESA HUERTA**

      Plaintiff(s),                 No. C-**09-03130** EDL

      v.                          **ORDER OF CONDITIONAL DISMISSAL**

**BALWANT S. DENHOY, et al.**

      Defendants.

     The parties hereto, by their counsel, having advised the Court that they have agreed to a dismissal of this action,

     IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before July 25 for the purpose of proceeding with the litigation in the event a dismissal has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: June 24, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge